1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DANIEL LAWRENCE SMITH,

11           Plaintiff,                    No. CIV S-09-0288 KJM P

12      vs.

13  JAMES A. YATES, et al.,

14           Defendants.                   ORDER

15  _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint,
18  plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in
19  Fresno County, which is part of the Fresno Division of the United States District Court for the
20  Eastern District of California. See Local Rule 3-120(d).
21           Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
22  the proper division of a court may, on the court's own motion, be transferred to the proper
23  division of the court. Therefore, this action will be transferred to the Fresno Division of the
24  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
25  request to proceed in forma pauperis.
26  /////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3  2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  February 11, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
smit0288.22

2